THIS OPINION HAS NO 
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John Edward Colwell,       
Appellant.
 
 
 

Appeal From Sumter County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2004-UP-380
Submitted April 21, 2004  Filed June 
 18, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia, and  Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  John Edward Colwell appeals 
 his convictions for armed robbery and possession of a firearm during the commission 
 of a violent crime.  Colwells appellate counsel has petitioned to be relieved 
 as counsel, stating she has reviewed the record and has concluded Colwells 
 appeal is without legal merit.  The issue briefed by counsel concerns whether 
 the trial court erred in refusing to direct a verdict for the defense.  Colwell 
 has filed a brief on his own behalf alleging, in addition to the issue briefed 
 by counsel, error in admission of a photograph. 
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues in this case that are arguable on their merits.  Accordingly, we dismiss 
 Colwells appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and BEATTY, JJ., concur. 

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.